**Order entered March 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01479-CV

### MESQUITE INDEPENDENT SCHOOL DISTRICT, Appellant

### V.

### TOMASA MENDOZA, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09131-F**

## ORDER

The Court has before it appellant's March 4, 2013 unopposed motion for extension of time to reply to appellee's brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by March 22, 2013.

/s/　　DAVID LEWIS
　　　　JUSTICE